# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LELAND FOSTER**,

    Plaintiff,

                                              Case No. 2:15-cv-12757-NGE-EAS

v.                                             Hon. Nancy G. Edmunds

**WEBER'S, INC., a Michigan Corporation,**
**DBA Weber's Restaurant and Boutique Hotel**,

    Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation and agreement of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case shall be and the same hereby is dismissed with prejudice in its entirety and without costs being awarded to any party.

This resolves the last pending claim and closes the case.

Date      October 16, 2015

                                                    s/ Nancy G. Edmunds

                                                   UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED TO BY:**

By: __/s Owen B. Dunn, Jr. _____  
Owen B. Dunn, Jr. (P66315)  
Attorney for Plaintiffs  
Law Office of Owen B. Dunn Jr.  
4334 W. Central Ave., Suite 222  
Toledo, OH  43615  
(419) 241-9661  
dunnlawoffice@sbcglobal.net

By: __/s Bernice McReynolds _____  
Bernice McReynolds  (P44019)  
Attorneys for Defendants  
VERCRUYSSE MURRAY  
31780 Telegraph Road, Suite 200  
Bingham Farms, MI  48025  
(248) 540-8019  
Bmcreynolds@vmclaw.com

Date:  10/15/2015_____

Date:  10/15/2015_____